**[Translation from Spanish]**

B-13-441   USA   v.  Mirtha Veronica Nava-Martinez

[Michelle]

Hello Mommy.  How are you, Mommy?  Are you almost coming out, Mommy?

I love you so much Mommy.

I love you so much Mommy.

I pray to God that [you] get out.

I'm sending you a heart, Mommy.

I miss you so much. I love you so much.

I'm sending you this small letter.

I want us to be together, Mommy.

Always together, Mommy.

*[Stamp: FEDERAL PUBLIC DEFENDER RECEIVED, 2013 OCT 25 PM 2:55, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE, TEXAS]*

---

CERTIFICATION OF TRANSLATOR

I hereby certify that I have translated the above document from Spanish into English, to the best of my knowledge and abilities.

Signed on October 24, 2013.

*[Signature]*

Sandra R. Cortez, Staff Interpreter
US Courts, Southern District of Texas
Brownsville Division

[Translation from Spanish]

B-13-441   USA   v. Mirtha Veronica Nava-Martinez

Jaqueline Esparza - 12 years

Mommy, I am going to go see you and the horses I drew, that one is you and me and Nocadio Neli and Michelle, and you will always be in my heart and when we are together, no one is going to set us apart. Without you I feel lonely and I miss you so much. Mommy, I want to eat the tacos.... Mommy the school we are going to, it looks a little run down and we are going to study hard because I feel bad that you are there and I love you and remember what you said, that we should be strong. I love you.

[on the bottom of the letter there is a picture of two horses, one with a label which reads: "**Mommy**" and the other reads: "**Me, your queen**".]

CERTIFICATION OF TRANSLATOR

I hereby certify that I have translated the above document from Spanish into English, to the best of my knowledge and abilities.

Signed on October 24, 2013.

_Sandra R. Cortez_
Sandra R. Cortez, Staff Interpreter
US Courts, Southern District of Texas
Brownsville Division

[Translation from Spanish]

B-13-441   USA   v. Mirtha Veronica Nava-Martinez

[Nayely]

How are you Mommy?  When are you getting out of there? And Daddy doesn't want to take a picture of us to send it to you.  I miss you so much and I love you.  I already want to be with you Mommy.  I already want us to be together with you Mommy and I miss you so much.  We are going to be together forever with you Mommy.  I'm going to dream for you and we are going to be together in a house and God is going to take care of you.  You are always going to be in my dream.  And I'm going to miss you when I dream about you and may God keep you, that nothing happens to you and help my Mom.

[on the bottom of this page there are some drawings; a heart which inside reads: **"I miss you so much"** and another of a person sleeping on a bed which reads: **"You are always going to be in my dreams".**]

---

CERTIFICATION OF TRANSLATOR

   I hereby certify that I have translated the above document from Spanish into English, to the best of my knowledge and abilities.

   Signed on October 24, 2013.

_____
Sandra R. Cortez, Staff Interpreter
US Courts, Southern District of Texas
Brownsville Division

Michelle

Hola Mami, ccomo estas Mami.
Ha xamero bas a salir Mami.
te quiero Muncho Mami.
te amo Muncho Mami.
Le pide a Dios c- Salir.
te Mando Muncho Besos Mami
te Mando un corazon Mami.
te extraño Muncho i te Quielo
Munchoo
te Mando esta carita.
quiero ce estemas Juntas
Mami.
Siempre Juntas Mami.



AV
13-3335

Jaqueline 12 años
Esparza

MaMi yo si te voy a ver y los caballos que ise esa eres tu y yo y no Cadio Neli y Michelle y Tu siempre vas a estar en mi corason y cuando estemos juntas nadie los va a separar. Sin ti me siento sola y si te extraño mucho Mamy yo ya qivero comer los ~~tacos~~ tacos ~~████████████~~ MaMi la escuela que vamos a ir semira viejita y le vamos a echar muchas ganas porque yo me siento muy mal ke estes ay y te qivero y acuerdate lo ke dijistes que seamos fuertes te qivero.

FEDERAL PUBLIC DEFENDER
RECEIVED
2013 OCT 17 PM 1:57
SOUTHERN DIST. OF TEXAS
BROWNSVILLE, TEXAS

Mami

Yo Tu reina

Nayely

Como estas mami cuando
das a salir de alli y papi no los
quiere tomar una foto para
que tela mandamos te extraño
muncho y te quiero ya quiero
estar contigo mami ya quiero
estar juntas contigo mami
y te extraño mucho damos
a estar juntas parasiempre
contigo mami boy a soñar
por ti y damos a estar juntas
en una casa y que dios
te da a cuedar mucho
Siempre mami bas a estar
en mi sueño, y te boy
a extrañar cuando
sueño de ti y que dios
te cuide mucho mucho
que no te pase nada. Y adle
a mi ama

Siempre das a estar en mi señor

Te extraña mucho



# Certificate Of Completion

Completed the Practical and Accountability Requirements of

## Mirtha Nava-Martinez

### Dave Ramsey's
### Financial Peace UNIVERSITY

Personal finance is 80% BEHAVIOR and only 20% HEAD KNOWLEDGE.
By continuing to apply the principles you have been taught,
you will permanently change your life!
It's up to YOU to live and walk in FINANCIAL PEACE.

Coordinator: _[signature]_

Date Completed: 9-4-13





Willacy County Regional Detention Facility

**Certificate of Completion**

Is hereby granted to:

*Mirtha Nava Martinez*

To certify completion of Bible Study
*The Purpose Driven Life*

Raymondville, TX, September 4, 2013

_____
Deputy Warden, J. Luna

_____
Chaplain, E. Martínez



**MTC** — Success for Life®

## Management & Training Corporation

does hereby certify that

# MIRTHA NAVA-MARTINEZ

has successfully completed all of the requirements for

### Book of the Month (10 Books)

on August 21, 2013

_____
Senior Instructor

_____
Warden/Deputy Warden



Management & Training Corporation

does hereby certify that

**MIRTHA NAVA-MARTINEZ**

has successfully completed all of the requirements for

Life Skills

on September 3, 2013

Senior Instructor

Warden/Deputy Warden

MTC Success for Life®



